164 So. 909

### R. J. DARRAFOU v. STATE.
### 6 Div. 738.

Supreme Court of Alabama.
Nov. 29, 1935.

PER CURIAM.
Appeal abated on death of appellant.

164 So. 909

### G. C. DOWNS et al. v. G. H. HOWARD, as Judge of Probate.
### 5 Div. 201.

Supreme Court of Alabama.
Nov. 19, 1935.

PER CURIAM.
Appeal dismissed for want of prosecution.

163 So. 903

### T. H. DUDLEY v. C. I. T. CORP. et al.
### 6 Div. 773.

Supreme Court of Alabama.
Oct. 10, 1935.

Harsh, Harsh & Hare, of Birmingham, for appellant.

J. P. Mudd, of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed by agreement.

164 So. 909

### Robert DUDLEY v. STATE.
### 6 Div. 768.

Supreme Court of Alabama.
Dec. 12, 1935.

A. A. Carmichael, Atty. Gen., for the State.

BOULDIN, Justice.

Robert Dudley was indicted for the murder of Elijah Crawford, by cutting him with a knife, was convicted of murder in the first degree, and his punishment fixed at death.

The appeal is upon the record without a bill of exceptions. On consideration of the record, no error appears.

The judgment is therefore affirmed.

The date fixed for the execution of the sentence of the law having passed, it is ordered and adjudged that Friday, the 21st day of February, 1936, be, and the same is, fixed as the date upon which the sentence will be executed as provided by law.

Affirmed.

All the Justices concur, except ANDERSON, C. J., not sitting.

164 So. 909

### ELEVENTH STREET BAPTIST CHURCH et al. v. Robert NEAL, Sr., et al.
### 6 Div. 853.

Supreme Court of Alabama.
Nov. 29, 1935.

PER CURIAM.
Appeal dismissed.